# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES T. PICARELLA, JR.**, | : | **CIVIL NO. 1:19-CV-382** |
| | : | |
| Petitioner | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN WETZEL**, *et al.*, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 14th day of August, 2019, upon consideration of petitioner's request (Doc. 22) for a certificate of appealability and motion (Doc. 23) for leave to appeal *in forma pauperis*, wherein he sought leave to appeal the court order dismissing his habeas petition as moot, and upon further consideration of the August 1, 2019 Order of the United States Court of Appeals for the Third Circuit (see Picarella v. Sec., Pa. Dep't of Corr., *et al.*, No. 19-2588 (3d Cir.)), granting Picarella's motion to withdraw his appeal, and dismissing the matter pursuant to Federal Rule of Appellate Procedure 42(b), it is hereby ORDERED that the motions (Docs. 22, 23) are DENIED as moot.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania